R. E. HELLER v. THE BOARD OF COMMISSIONERS OF
SHAWNEE COUNTY.

AT the January Term, 1879, of the district court of Shaw-
nee county, the *Board of Commissioners* of said county, as
defendant, had judgment against *Heller*, as plaintiff, who
brings the case to this court.

*R. E. Heller*, plaintiff in error, for himself.

*A. H. Vance*, county attorney, for defendant in error.

· *Per Curiam:* The judgment in this case is affirmed, upon
the authority of *State v. Campbell*, 19 Kas. 481, and *Comm'rs*
*of Shawnee Co. v. Ballinger*, 20 Kas. 590.